STANLEY GOFF (Bar No. 289564)
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| **ANDISON HILL AND VERONICA HILL;** | CASE NO.: |
|---|---|
| **Plaintiffs,** | |
| v. | **COMPLAINT FOR DAMAGES** |
| CITY OF AMERICAN CANYON, CITY OF FAIRFIELD AND FAIRFIELD POLICE OFFICERS DOES 1-50 | **DEMAND FOR JURY TRIAL** |
| **Defendants.** | |

1

Plaintiffs, demanding a jury trial, brings this action against Defendants CITY OF AMERICAN CANYON, CITY OF FAIRFIELD AND FAIRFIELD POLICE OFFICERS DOES 1-50, inclusive, for general, consequential, compensatory, punitive and statutory damages, costs and attorneys' fees resulting from defendants' unconstitutional and tortious conduct, and as grounds therefore allege as follows:

## PARTIES

1. Plaintiff Andison Hill, was at all times relevant to this complaint, living in American Canyon.

2. Plaintiff Veronica Hill, was at all times relevant to this complaint, living in American Canyon.

3. The City of American Canyon is a legal entity established under the laws of the state of California with all the powers specified and necessarily implied by the Constitution and laws of the State of California.

4. The City of Fairfield is a legal entity established under the laws of the state of California with all the powers specified and necessarily implied by the Constitution and laws of the State of California and it is a municipality located within the Eastern District of California.

5. Defendants Fairfield Police Officers DOE 1-50 were employed by the City of Fairfield and contracted out to patrol American Canyon at the time of the incident. These individuals are being sued in their individual capacities and will be identified and named in the complaint once their identities have been ascertained by the Plaintiff.

6. *All defendants* acted under the color of law as it pertains to this complaint.

## II. JURISDICTION AND VENUE

7. This action is brought pursuant to 42 U.S.C. §§ 1983, 1988 and 12132 and the Fourth and Fourteenth Amendments to the United States Constitution, made applicable to Defendants through the Fourteenth Amendment to the United States Constitution. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because the principal place of business for the City of Fairfield and its Police Officers is located within the Eastern District.

## III. STATEMENT OF FACTS

8. At all times relevant herein, all wrongful acts described were performed under color of state law and/or in concert with or on behalf of those acting under the color of state law.

9. On February 24, 2021, Plaintiffs were residing inside their home on a typical afternoon with their eight-year-old grandson, who was playing in the backyard of their home.

10. Plaintiff Addison Hill noticed on his video monitor that monitored images outside the home that several armed police officers were approaching his front door.

11. The police officers DOES 1-50 approached the Plaintiffs' front door with long guns and handguns in the ready position, opened the front door to the residence without a warrant or consent and entered residence without a warrant or consent, pointed their weapons at the Plaintiffs and ordered the Plaintiffs to leave their residence without jackets or shoes.

12. This conduct was extremely troubling, because Mr. Hill had just undergone recent heart surgery.

13. The Plaintiffs along with their grandson were forced to stand outside their home in the cold of February, while the DOE officers conducted a warrantless search of their home without consent.

14. After, 30 minutes of being forced to stay in one place outside their home, while it was being searched, the Plaintiffs were allowed to go back into their home and the Defendants left.

3

15. It is alleged that the Plaintiffs did not feel free to leave while they were held outside by the Defendant officers.

16. It is alleged that the Defendant officers were aware that the Plaintiffs' son who the contend they were at the residence to search for, locate and arrest, was already in custody at the time that of the incident in question.

## IV. CAUSES OF ACTION

### FIRST CLAIM
**Violation of Plaintiff's Fourth Amendment Rights 42 U.S.C §1983 against Fairfield Police Officers DOE Defendants (*Excessive Force*)**

17. Plaintiff incorporates herein by reference the preceding paragraphs 1-16 of this complaint as fully set forth herein.

18. That Defendant DOES 1-50 **Fairfield Police Officers**, acting under color of law, used unreasonable and excessive force by deliberately and intentionally pointing their firearms at the Plaintiffs.

19. That at the time that these methods of force were used, (i) Plaintiffs had not committed any crime; (ii) Plaintiffs were unarmed; (iii) Plaintiffs did not pose any threat to defendant officers or bystanders; (iv) other alternative methods were available to effectuate a seizure.

20. Such actions were in conscious and reckless disregard of the risk of injury and under the circumstances, there was no objectively reasonable basis for the Defendants' actions.

21. As a direct result of the Defendants' actions and inactions, Plaintiff's constitutional rights were violated, resulting in Plaintiff's injuries.

22. The conduct of Defendants as alleged, was intended to cause injury to Plaintiff and was done in conscious disregard of Plaintiff's rights and safety and thus constitutes malice. In addition, by their conduct, Defendants subjected Plaintiff to cruel and unjust hardship in

4

conscious disregard of his civil rights, thus constituting oppression.

23. Because the above acts were performed in a malicious, and/or oppressive manner, Plaintiff is entitled to recover punitive damages from Defendants in an amount according to proof.

### SECOND CLAIM
**Violation of Plaintiff's Fourth Amendment Rights 42 U.S.C §1983 against Fairfield Police Officers DOE Defendants (*false arrest*)**

24. Plaintiff incorporates herein by reference the preceding paragraphs 1-23 of this complaint as fully set forth herein.

25. That Defendants DOES 1-50 **Fairfield Police Officers** acting under color of authority, unlawfully seized the Plaintiffs in violation of the Fourth Amendment by deliberately and intentionally placing the Plaintiffs under arrest.

26. That Plaintiffs were arrested when they were forced out of their home at gunpoint and forced to remain outside their home and not free to leave.

27. Plaintiffs had not committed any crime;

28. No probable cause existed that the Plaintiffs had committed any crime.

29. Defendants did not have an arrest warrant to arrest the Plaintiffs.

30. Such actions were in conscious and reckless disregard of the risk of injury and under the circumstances, there was no objectively reasonable basis for the defendants' actions.

31. As a direct result of the Defendants' actions and inactions, Plaintiffs' constitutional rights were violated, resulting in Plaintiffs' injuries.

32. The conduct of Defendants as alleged, was intended to cause injury to Plaintiffs and was done in conscious disregard of Plaintiffs' rights and safety and thus constitutes malice.

5

33. Because the above acts were performed in a malicious, and/or oppressive manner, Plaintiffs are entitled to recover punitive damages from Defendants in an amount according to proof.

### THIRD CLAIM
### Violation of Plaintiff's Fourth Amendment Rights 42 U.S.C §1983 against Fairfield Police Officers DOE Defendants (*unlawful entry and search*)

34. Plaintiffs incorporate herein by reference the preceding paragraphs 1-33 of this complaint as fully set forth herein.

35. That Defendants DOES 1-50 **Fairfield Police Officers** acting under color of authority, unlawfully entered and searched the Plaintiffs' residence without a warrant or consent in violation of the Fourth Amendment.

36. Defendants unlawfully entered the Plaintiffs' residence and then searched said residence.

37. Defendants did not have a warrant to enter the Plaintiffs' residence and then searched said residence.

38. Plaintiffs did not give consent to the Defendants to enter the Plaintiffs' residence or to search said residence.

### *Monell Claim Against Cities of American Canyon and Fairfield*

39. Plaintiffs are informed and believed that the Cities of American Canyon and Fairfield have failed to train and supervise or have provided inadequate training and supervision of its officers to ensure they conduct their actions in accordance with state and federal law; to ensure that their officers do not falsely arrest Plaintiffs, use excessive force against the Plaintiffs by

pointing their firearms at them and that they do not engage in the unlawful entry and search of the Plaintiffs' home.

## V. PRAYER FOR RELIEF

Plaintiffs pray for judgment against defendants as follows:

1. For compensatory damages and other special damages according to proof;
2. For general damages according to proof;
3. For punitive damages against all individual defendants according to proof;
4. The prejudgment interest at the legal rate according to proof;
5. For costs and reasonable attorneys' fees as provided by law; and
6. For such other relief as the Court may deem fit and proper.

## VI. JURY DEMAND

Plaintiffs demand a jury trial in this action.

LAW OFFICE OF STANLEY GOFF

Dated: February 24, 2023         */s/ STANLEY GOFF*
                                 STANLEY GOFF
                                 Attorney for Plaintiff